IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| John Rutherford, | ) | C/A No. 2:11-3139-JFA-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Union County Jail; Administrator | ) | |
| Robert Hines; Assoc. Administrator D. Harney; | ) | |
| Sergeant Belinda; Officer Dell; Officer Eves, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The *pro se* plaintiff, John Rutherford, brings this action pursuant to 42 U.S.C. § 1983

claiming violations of his civil rights by the defendants.

The Magistrate Judge assigned to this action[1] has prepared a Report and

Recommendation wherein she suggests that this court should summarily dismiss defendant

Union County Jail because it is not a "person" amenable to suit under § 1983. The Report

sets forth in detail the relevant facts and standards of law on this matter, and the court

incorporates such without a recitation and without a hearing.

The plaintiff was advised of his right to file objections to the Report and

Recommendation, but has failed to do so. In the absence of specific objections to the Report

of the Magistrate Judge, this court is not required to give any explanation for adopting the

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

1

recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After a careful review of the record, the applicable law, and the Report and Recommendation, the court finds the Magistrate Judge's recommendation to be proper and incorporates the Report herein by reference. Accordingly, defendant Union County Jail is dismissed without prejudice and without service of process. The Clerk shall return this file to the Magistrate Judge who has authorized service of process upon the remaining individual defendants.

IT IS SO ORDERED.

December 12, 2011                           Joseph F. Anderson, Jr.
Columbia, South Carolina               United States District Judge

2